IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| Illinois Tool Works Inc. and Miller Electric Mfg. Co., | |
|---|---|
| Plaintiffs, | CASE NO. 16-C-201 |
| v. | Hon. William C. Griesbach |
| The ESAB Group, Inc. and Victor Technologies International, Inc., | |
| Defendants. | |

## ORDER GRANTING
## JOINT STIPULATED MOTION OF DISMISSAL

Plaintiffs Illinois Tool Works, Inc. ("ITW") and Miller Electric Mfg. Co. ("Miller") (collectively "Plaintiffs"), and Defendants The ESAB Group, Inc. and Victor Technologies International, Inc. (collectively "Defendants"), by their counsel present a Joint Stipulated Motion of Dismissal.

Having reviewed the Parties' Joint Stipulated Motion of Dismissal, the Court hereby:

1) Dismisses all claims, counterclaims and affirmative defenses brought by the Plaintiffs in this matter against Defendants with prejudice;

2) Dismisses all claims, counterclaims and affirmative defenses brought by the Defendants in this matter against the Plaintiffs with prejudice; and

3) Agrees that Plaintiffs and Defendants shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED:

Date: November 16, 2016

s/ William C. Griesbach
Hon. William C. Griesbach, Chief Judge